UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CUEVAS,

                Plaintiff,

      -v-

PREMIER DEVELOPMENT ENTERPRISES, INC., ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025

**ORDER**

25-CV-9173 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

      By an Order of Reference dated November 6, 2025, this case was referred to the undersigned for settlement. ECF No. 14. Judge Furman directed the parties to contact the undersigned's chambers no later than one week after an answer is filed to schedule a settlement conference. *Id.*

      A conference is scheduled on **November 20, 2025,** at **10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 490 391 625#).

1

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 12, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge