```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CUEVAS,

                Plaintiff,

     -v-

PREMIER DEVELOPMENT ENTERPRISES, INC., ET AL.,

                Defendants.

**ORDER**

25-CV-9173 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's November 12, 2025 letter motion requesting to adjourn the conference scheduled for November 20, 2025. ECF No. 16. The request is **GRANTED**. The conference is adjourned to **December 8, 2025** at **11:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 490 391 625#). The Parties shall proceed promptly to comply with the deadlines set by Judge Furman in the Orders at ECF Nos. 13 and 14.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16 as **GRANTED**.

**SO ORDERED.**

Dated: November 13, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge

1