UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RAMON CUEVAS,                                                         :
:
:
Plaintiff,                                       :
:                    25-CV-9173 (JMF) (HJR)
-v-                                                                   :
:                         ORDER
PREMIER DEVELOPMENT ENTERPRISES INC. et al., :
:
Defendants.                                      :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On November 17, 2025, Plaintiff filed an Amended Complaint. *See* ECF No. 18. Counsel are reminded that, pursuant to Rule 1(B) of the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended filing shall be filed with a redline showing all differences between the original and revised filing. Accordingly, Plaintiff is directed to file a redline on ECF showing the differences between the Complaint filed on November 4, 2025, ECF No. 1, and the Amended Complaint.

    SO ORDERED.

Dated: November 18, 2025
       New York, New York
                                                    JESSE M. FURMAN
                                                    United States District Judge