UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                           :

RAMON CUEVAS,                      :

                    :

         Plaintiff,       :

                    :         25-CV-9173 (JMF)

    -v-                    :

                    :         ORDER

PREMIER DEVELOPMENT ENTERPRISES INC. et  :
al.,

                    :

         Defendants.     :

                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 21, 2025, Plaintiff indicated his intent to file a Second Amended Complaint no later than December 2, 2025, either on consent or with the leave of the Court. *See* ECF No. 21. Then, on December 4, 2025, Plaintiff indicated that filing would be delayed because he provided a copy of the proposed amended complaint to Defendants' counsel for their consent. *See* ECF No. 22. To date, Plaintiff has not filed his Second Amended Complaint, nor has he filed the redlines the Court directed, *see* ECF No. 24.

In light of the foregoing, Plaintiff is hereby ORDERED to file a letter with the Court indicating when he intends to file his Second Amended Complaint by no later than **December 12, 2025**. Failure to file such a letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

        SO ORDERED.

Dated: December 9, 2025
      New York, New York                  JESSE M. FURMAN
                                          United States District Judge