UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2025

RAMON CUEVAS,

                Plaintiff,

       -v-

PREMIER DEVELOPMENT ENTERPRISES,
INC., ET AL.,

              Defendants.

**ORDER**

25-CV-9173 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

     The Court is in receipt of Plaintiff's December 22, 2025 letter motion, ECF No. 31 (the "Letter Motion"), seeking certain discovery in advance of the January 16, 2026 settlement conference. The undersigned shall hold a conference on **January 7, 2026** at **3:00 p.m.** by telephone to address the Letter Motion. Defendants should be prepared to address the alleged failure to produce materials needed for a productive settlement conference, and, if they claim inability to pay, what document(s) they will produce in support of such claim. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 426 198 458#).

**SO ORDERED.**

Dated: December 23, 2025
     New York, New York

Henry J. Ricardo
United States Magistrate Judge

1