UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/29/2026_
```

RAMON CUEVAS,

                  Plaintiff,

       -v-

PREMIER DEVELOPMENT ENTERPRISES,
INC., ET AL.,

             Defendants.

**ORDER**

25-CV-9173 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 22, 2025, Plaintiff filed a letter motion (the "Letter Motion") seeking discovery in advance of the Parties' settlement conference. ECF No. 31. In light of the Parties reaching a settlement in principle at the settlement conference, the Letter Motion is **DENIED AS MOOT**. The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 31.

**SO ORDERED.**

Dated: January 29, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge