UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2026

RAMON CUEVAS,

                       Plaintiff,

           -v-

PREMIER DEVELOPMENT ENTERPRISES,
INC., ET AL.,

                    Defendants.

**ORDER**

25-CV-9173 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's January 30, 2026 letter motion, ECF No. 39 (the "Letter Motion"). The Letter Motion is **GRANTED**. The Parties shall file their settlement materials by **February 10, 2026.**

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 39 as **GRANTED**.

**SO ORDERED.**

Dated: February 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1