UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 2/11/2026            │
└─────────────────────────────────┘
```

RAMON CUEVAS,

                    Plaintiff,

          -v-

PREMIER DEVELOPMENT ENTERPRISES,
INC., ET AL.,

                    Defendants.

**ORDER**

25-CV-9173 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's February 10, 2026 letter motion, ECF No. 41 (the "Letter Motion"). The Letter Motion is **GRANTED**. The Parties shall file their settlement materials by **February 13, 2026.**

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 41 as **GRANTED.**

**SO ORDERED.**

Dated: February 11, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1