USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/2/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CUEVAS,

                Plaintiff,

      -v-

PREMIER DEVELOPMENT ENTERPRISES
INC., TRISTAR SHIELDING LLC, STUART GIL,
ALLEN DALTON and TOMAS GIL,

                Defendants.

**ORDER
APPROVING
SETTLEMENT AND
DISMISSING CASE**

25-CV-9173 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      This case is an action for damages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c).

      The Court has received the parties' joint letter request that the Court approve their settlement agreement, a fully executed copy of which was submitted on February 13, 2026. ECF Nos. 43, 43-1. The Court also has reviewed the documentation of fees and supplemental submission of time records filed on February 25, 2026. ECF Nos. 43-3, 45. A federal court is obligated to determine whether settlement of an FLSA case under the court's consideration is fair and reasonable and the subject of an arm's length negotiation, not an employer's overreaching. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

      The Court has carefully reviewed the Settlement Agreement as well as the parties' letter. The Court has taken into account, without limitation, prior

1

proceedings in this action; the attendant risks, burdens, and costs associated with continuing the action; the range of possible recovery; whether the Settlement Agreement is the product of arm's length bargaining between experienced counsel or parties; the amount of attorney's fees; and the possibility of fraud or collusion. Among other attributes of the Settlement Agreement, there are no confidentiality restrictions; the release is narrowly tailored to wage and hour claims; and the attorneys' fees are within a fair, reasonable, and acceptable range, although the Court makes no ruling as to counsel's rates. Considering all the circumstances, the Court finds that the Settlement Agreement is fair and reasonable and it is hereby approved.

This case, having resolved by settlement, is hereby dismissed and discontinued in its entirety, with prejudice, without costs or fees to any party, except as provided for in the Settlement Agreement.

At the parties' request, *see* Settlement Agreement ¶ 1, the Court will retain jurisdiction for the limited purpose of enforcing the Settlement Agreement.

The Clerk of Court is respectfully requested to terminate all motions and deadlines, and to close this case.

**SO ORDERED.**

Dated: March 2, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2